# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| U.S.A. vs. | IAN DAVID IRELAND | No. | 07MJ2551-POR |
| HON. | LOUISA S. PORTER | Tape No. | POR07-1:3:13-3:17 (4min) |
| Asst. U.S. Attorney | MARK CONOVER | PTSO | LUIS MARTINEZ |

| Atty | | | | | | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | MARK CHAMBERS | X Apt | ___ Ret | for | IRELAND | (1) | (C) |
| | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
| | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
| | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
| | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
| | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone

- ATTORNEY MARK CHAMBERS APPEARING AND ATTORNEY MARC GELLER S/A FOR DEFENDANT.
- DEFENDANT WAIVES ID/REMOVAL HRG.
- WAIVER OF ID/REMOVAL HEARING FILED.
- DEFENDANT WAIVES DETENTION HRG IN THE SOUTHERN DISTRICT OF CA PENDING A DETENTION HRG IN THE DISTRICT OF IDAHO.
- DEFENDANT ORDERED REMOVED TO THE DISTRICT OF IDAHO FORTHWITH.
- WARRANT OF REMOVAL ISSUED TO USM.
- REMOVAL/ID HRG. SCHEDULED FOR 11/13/07 AT 2:00PM IS VACATED.

Date   11/02/2007

Deputy's Initials